NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRADLEY EUGENE SMITH,                )
DOC #S31121,                         )
                                     )
            Appellant,               )
v.                                   )         Case No. 2D18-2784
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____      )

Opinion filed June 5, 2019.

Appeal from the Circuit Court for Sarasota
County; Debra Riva, Judge.

Howard L. Dimmig, II, Public Defender, and
Carol Wilson, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.